**No. 10-9767. Steven Jude Hoffenberg, Petitioner v. United States.**

563 U.S. 970, 131 S. Ct. 2171, 179 L. Ed. 2d 953, 2011 U.S. LEXIS 3221.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor and Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-9784. Collier Douglas Sessoms, Petitioner v. United States.**

563 U.S. 970, 131 S. Ct. 2173, 179 L. Ed. 2d 953, 2011 U.S. LEXIS 3240.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 398 Fed. Appx. 910.

**No. 10-9870. In re Gill W. Jasmine, Petitioner.**

563 U.S. 959, 131 S. Ct. 2174, 179 L. Ed. 2d 953, 2011 U.S. LEXIS 3298.

April 25, 2011. Petition for writ of habeas corpus denied.

**No. 10-9786. In re Aaron Spears, Petitioner.**

563 U.S. 959, 131 S. Ct. 2173, 179 L. Ed. 2d 953, 2011 U.S. LEXIS 3359.

April 25, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8. Justice Kagan took no part in the consideration or decision of this motion and this petition.

**No. 10-9847. In re David K. Danser, Petitioner.**

563 U.S. 959, 131 S. Ct. 2173, 179 L. Ed. 2d 953, 2011 U.S. LEXIS 3238.

April 25, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8. Justice Kagan took no part in the consideration or decision of this motion and this petition.

**No. 10-1092. In re Richard Scheller, Petitioner.**

563 U.S. 960, 131 S. Ct. 2160, 179 L. Ed. 2d 953, 2011 U.S. LEXIS 3335.

April 25, 2011. Petition for writ of mandamus denied.

**No. 10-9093. In re George May, Petitioner.**

563 U.S. 960, 131 S. Ct. 2175, 179 L. Ed. 2d 953, 2011 U.S. LEXIS 3192.

April 25, 2011. Petition for writ of mandamus denied.

**No. 10-9106. In re Domingo P. Lerma, Petitioner.**

563 U.S. 960, 131 S. Ct. 2154, 179 L. Ed. 2d 953, 2011 U.S. LEXIS 3295.

April 25, 2011. Petition for writ of mandamus denied.